FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

2018 JUN -6  AM 11: 09

U.S. COURTS
SOUTHERN DISTRICT
OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. **L-18-0429** |
| CODY MORGANTHALER EDELMIRO MARTINEZ EDUARDO LOPEZ INOCENTE SANCHEZ | § § § § § | **DS** |

## CRIMINAL INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

### COUNT ONE

Between on or about October 13, 2017, and on or about October 15, 2017, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**CODY MORGANTHALER,
EDELMIRO MARTINEZ,
EDUARDO LOPEZ, and
INOCENTE SANCHEZ,**

while airborne in an aircraft, did shoot and attempt to shoot for the purpose of capturing and killing any bird, fish, and other animal, that is an Aoudad (*Ammotragus Lervia)*, in violation of the Airborne Hunting Act, Title 16, United States Code, Section 742j-(a)(1) and Title 18, United States Code, Section 2.

### COUNT TWO

Between on or about October 13, 2017, and on or about October 15, 2017, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**CODY MORGANTHALER,
EDELMIRO MARTINEZ,
EDUARDO LOPEZ, and
INOCENTE SANCHEZ,**

while airborne in an aircraft, did shoot and attempt to shoot for the purpose of capturing and killing

any bird, fish, and other animal, that is an Blackbuck Antelope (*Antilope Cervicapra*), in violation

of the Airborne Hunting Act, Title 16, United States Code, Section 742j-(a)(1) and Title 18, United

States Code, Section 2.

## NOTICE OF FORFEITURE

The allegations contained in Count(s) One and Two of this Information are hereby

realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 16,

United States Code, Section 742j and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offenses in violation of Title 16, United States Code,

Section 742j (*i.e.*, the Airborne Hunting Act) as set forth in Count(s) One and Two of this

Information, Defendant(s),

**CODY MORGANTHALER,**
**EDELMIRO MARTINEZ,**
**EDUARDO LOPEZ, and**
**INOCENTE SANCHEZ,**

shall forfeit to the United States pursuant to Title 16, United States Code, Section 742j, all birds,

fish, and other animals shot and captured contrary to the provisions of this section, or of any

regulation issued hereunder, and all guns, aircraft, and other equipment used to aid in the shooting,

attempting to shoot, capturing, and harassing of any bird, fish and other animal in violation of Title

16, United States Code, Section 742j, including but not limited to the following:

1. one (1) Aoudad (*Ammotragus Lervia*),
2. one (1) Blackbuck Antelope (*Antilope Cervicapra*),
3. one (1) Remington Model 700, chambered in 6.5 millimeter Creedmoor, with Serial Number: 99F001784GB,

4.  one (1) Sig Sauer 3-15x44 rifle scope, and
5.  one (1) black hard cover gun case.

RYAN K. PATRICK
UNITED STATES ATTORNEY

CHRISTOPHER DOS SANTOS
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET

__LAREDO__ DIVISION                                    NO.
FILE: 18-3010                                          **L-18-0429**
CRIMINAL INFORMATION    Filed: 6/6/18      Judge:

UNITED STATES OF AMERICA                  ATTORNEYS:
                                          RYAN K. PATRICK, USA
VS.                                       CHRISTOPHER DOS SANTOS, AUSA

**CODY MORGANTHALER**
**EDELMIRO MARTINEZ**                                  **DS**
**EDUARDO LOPEZ**
**INOCENTE SANCHEZ**

**CHARGE**:

Cts. 1-2:          Using aircraft to shoot or attempt to shoot for the purpose of capturing or
                   killing an animal [16 USC 742j-1 (a)(1)]

**TOTAL COUNTS: 2**

**PENALTY**:

Cts. 1-2:     Imprisonment not more than one year; a fine of not more than $5,000; not more
              than 1 year term of supervised release; $25 Special Assessment.

**NOTICE OF FORFEITURE**

In Jail:

On Bond:

Name & Address of Surety:

No Arrest: